FREDERICK WILLIAM BOELSEN, Appellant, v. RUTH LAMPARD BOELSEN, Respondent. (Appeal No. 1.) — Order directing the payment of an additional counsel fee of $500 by the plaintiff to the defendant affirmed, with ten dollars costs and disbursements; such payment to be made at the offices of the attorneys for the defendant within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

FREDERICK WILLIAM BOELSEN, Appellant, v. RUTH LAMPARD BOELSEN, Respondent. (Appeal No. 2.) — In an action for divorce, in which the defendant counterclaimed for a separation, judgment dismissing the complaint on the merits and granting a separation on the defendant's counterclaim, and order denying, plaintiff's motion for a new trial, affirmed, with costs. No opinion. Hagarty,

Carswell and Taylor, JJ., concur; Lazansky, P. J., and Johnston, J., dissent and vote to reverse the judgment and order and to grant a new trial on the ground that the finding of the jury in answer to question No. 1 is against the weight of the credible evidence.